**Appeal Dismissed and Memorandum Opinion filed February 4, 2021.**



In The

# Fourteenth Court of Appeals

## NO. 14-20-00349-CV

### METROPOLITAN TRANSIT AUTHORITY OF HARRIS COUNTY, TEXAS, Appellant

### V.

### LEBRODERICK WILLIAMS AND RODERICK JELKS, Appellees

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2018-89979**

## MEMORANDUM OPINION

This appeal is from an order denying appellant Metropolitan Transit Authority's motion to dismiss signed April 8, 2020. The clerk's record was filed May 26, 2020. No reporter's record was taken. No brief was filed.

On December 22, 2020, this court issued an order stating that unless appellant filed a brief on or before January 11, 2021, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.


PER CURIAM


Panel consists of Justices Bourliot, Zimmerer, and Spain.